**Order entered October 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01018-CR

**STEPHEN COLEMAN SHOCKLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82727-09**

## ORDER

Appellant has requested that we provide him with a personal copy of the record in non-electronic form for use in the preparation of his petition for discretionary review. Although a free record is provided to the court on behalf of an indigent defendant, there is no rule that requires the court to provide appellant with a personal copy of the record at the Court's expense. *See* Tex. R. App. P. 20.2. Accordingly, Appellant's Motion for a Free Copy of the Record is **DENIED.**

/s/ KERRY P. FITZGERALD
JUSTICE